

## IN THE
## TENTH COURT OF APPEALS

No. 10-14-00208-CV

**MILESTONE LIFE SETTLEMENT FUND, LLC,**
**MILEFUND LLC, MILESTONE INVESTMENTS**
**USA, LLC, AND RONALD DEAN NEWMAN,**

**Appellants**

 **v.**

**MONTY L. FINSTAD,**

**Appellee**

**From the 249th District Court**
**Johnson County, Texas**
**Trial Court No. C201300234**

## MEMORANDUM OPINION

Petitioners' petition seeking leave to appeal the trial court's interlocutory order signed on July 8, 2014 is denied, and the appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 28.3; 43.2(f).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Appeal dismissed
Opinion delivered and filed July 31, 2014
[CV06]